**Order entered March 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01057-CV

## ROBERT WALKER, Appellant

## V.

## PARK SPRINGS FAMILY LLC D/B/A PARK SPRINGS TOWNHOMES, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02169-2020**

### ORDER

Before the Court is Collin County Clerk Stacey Kemp's request for an extension of time to file the clerk's record. Ms. Kemp explains the extension is necessary because appellant has not paid the fee for the record.

We **GRANT** the extension request to the extent that we **ORDER** appellant to file, no later than March 15, 2021, written verification he has either paid or made arrangements to pay for the clerk's record or is entitled to proceed without

payment of costs.  Upon verification being filed, the Court will set a new deadline for the filing of the clerk's record.

*We caution appellant that failure to timely file the requested verification may result in dismissal of the appeal without further notice.  See* TEX. R. APP. P. 37.3(b).

/s/     CRAIG SMITH
JUSTICE